# Court of Appeals
# of the State of Georgia

ATLANTA,___December 19, 2014____

*The Court of Appeals hereby passes the following order:*

## A15D0187.  DAVID MCCLURE v. CHRIS MCCURRY, et al.

On November 10, 2014, the trial court entered an order granting Defendants Riverstone Professional Building, LLC and Chris McCurry's motion for OCGA § 9-15-14 attorney fees. Thirty-one days later, on December 11, 2014, David McClure filed this application for discretionary appeal, seeking review of that order. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The filing date of an application for discretionary appeal is calculated from the date of entry of the order sought to be appealed. See OCGA § 5-6-35 (a). Accordingly, McClure's application for discretionary appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____12/19/2014_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*